IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-279-D
No. 5:12-CV-539-D

| | |
|---|---|
| TONY TAYLOR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

The court is holding Tony Taylor's motions [D.E. 94, 96] in abeyance pending the decision of the United States Court of Appeals for the Fourth Circuit in United States v. Surratt, No. 14-6851. Once the Fourth Circuit issues its decision in Surratt, the parties shall notify the court if they wish to submit supplemental briefs.

SO ORDERED. This 24 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge