IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-279-D
No. 5:10-CV-413-D
No. 5:12-CV-539-D

| | | |
|---|---|---|
| TONY TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The parties shall file simultaneous briefs not later than August 10, 2015, concerning the impact of United States v. Surratt, No. 14-6851, slip op. (4th Cir. July 31, 2015), on Tony Taylor's motion to vacate [D.E. 94] and corrected motion to vacate [D.E. 96], which this court construes as a motion under 28 U.S.C. § 2241. See [D.E. 107].

SO ORDERED. This 31 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge