# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **March 22, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| Lawrence Daro Adams | Reg. No. 88661-079 |
| Anthony Arthur | Reg. No. 56077-180 |
| Curtis A. Beasley | Reg. No. 91015-071 |
| Tramiere Broughton | Reg. No. 08552-030 |
| Earl Cain | Reg. No. 90515-038 |
| Christopher Michael Calloway | Reg. No. 57199-083 |
| Dewayne Damper | Reg. No. 90158-012 |
| Roy Edward Detreville, Jr. | Reg. No. 25689-018 |
| Luis Diaz | Reg. No. 18154-018 |
| Tyris Ford | Reg. No. 52131-066 |
| Osvaldo Richard Gonzalez | Reg. No. 07716-030 |
| Donikki Hardy | Reg. No. 97411-071 |
| William Crawford Hardy, III | Reg. No. 11492-084 |
| Timothy Johnson | Reg. No. 12631-171 |
| Ryan W. Magro | Reg. No. 26682-051 |
| Donna Sue McDaniel | Reg. No. 29108-077 |
| Frantz Michel | Reg. No. 61129-053 |
| Michael Toriano Morris | Reg. No. 19275-058 |
| Carnell Smith | Reg. No. 10744-424 |
| Damarlon Cenaka Thomas | Reg. No. 42325-039 |
| Lavan Maurice Walker | Reg. No. 69570-004 |
| Sterling Kenneth Westberry | Reg. No. 04350-017 |
| Nelson Williams | Reg. No. 28775-034 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **March 22, 2017**. I also remit the unpaid balance of the fine imposed by the court on each respective person. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| Jose Rodriguez | Reg. No. 40588-050 |
| Cynthia Valdez Shank | Reg. No. 13142-040 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **May 21, 2017**. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Jamie Warfield** | Reg. No. 31571-044 |
| **Derrick Maurice Williams** | Reg. No. 19718-057 |
| **Cathy Lea Neal** | Reg. No. 02279-029 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Lisa Woods Ball** | Reg. No. 12839-084 |
| **Darrius Lewis** | Reg. No. 08561-043 |
| **Roosevelt Terence Jerome Rayford** | Reg. No. 61210-065 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **210 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Jamere Ireadus Hall** | Reg. No. 25164-018 |
| **Robert Jeffrey Harris** | Reg. No. 06424-017 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Darvell D. York** | Reg. No. 39058-179 |
| **Myron Young** | Reg. No. 12739-033 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Albert Betemit,**<br>    aka Juan Lopez,<br>    aka Jose Ivan Torres,<br>    aka Jose Frias | Reg. No. 33807-083 |
| **Warren Lavell Jackson** | Reg. No. 54176-004 |
| **Dexter Bert Tyson,**<br>    aka Bert Dexter Tyson | Reg. No. 40625-037 |

I hereby further commute the total sentence of imprisonment imposed upon **Thomas Brown**, Reg. No. 15854-004, to expire on **November 22, 2017,** leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said, **Thomas Brown**, Reg. No. 15854-004, on one year's prerelease custody.

I hereby further commute the total sentence of imprisonment imposed upon **Efrem Berry**, Reg. No. 87938-020, to a term of **151 months' imprisonment,** leaving intact and in effect the six-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Timothy Fields**, Reg. No. 24509-077, to a term of **465 months' imprisonment,** leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Eric Cornell Foster**, Reg. No. 00009-002, to a term of **175 months' imprisonment,** leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said, **Eric Cornell Foster**, Reg. No. 00009-002, on prerelease custody during the final year of his incarceration.

I hereby further commute the total sentence of imprisonment imposed upon **Robert L. Moffitt**, Reg. No. 33882-177, to a term of **180 months' imprisonment,** leaving intact and in effect the six-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ward Everette Mohler**, Reg. No. 03054-084, to expire on **December 22, 2016,** leaving intact and in effect the three-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed **Victor Robert Nava, Sr.**, Reg. No. 06878-046, to a term of **270 months' imprisonment,** leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Marco Strickland**, Reg. No. 32893-039, to a term of **168 months' imprisonment,** leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said, **Marco Strickland**, Reg. No. 32893-039, on prerelease custody during the final year of his incarceration.

I hereby further commute the total sentence of imprisonment imposed upon **Tony Taylor**, Reg. No. 50556-056, to a term of **293 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Twenty-Second day of November in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**