IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-279-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TONY TAYLOR, | ) | |
| Defendant. | ) | |

For the reasons stated in this court's order of June 7, 2021 [D.E. 175], the Fourth Circuit's decision affirming this court's judgment [D.E. 184, 186], and the government's response in opposition [D.E. 191], the court DENIES defendant's motion for a sentence reduction [D.E. 187].

SO ORDERED. This 23 day of August, 2022.

JAMES C. DEVER III
United States District Judge